Donald L. Anderson, WSBA # 8373
Alexander S. Kleinberg, WSBA # 34449
Eisenhower & Carlson, PLLC
1201 Pacific Avenue, Suite 1200
Tacoma, Washington 98402

Telephone: (253) 572-4500
Facsimile: (253) 272-5732

THE HONORABLE LONNY R. SUKO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

GERALD L. RUSSELL,

          Plaintiff,

v.

FAIR RESOLUTIONS, INC. (a domestic corporation, and JPRD INVESTMENTS, LLC (a domestic limited liability company),

          Defendants.

NO. CV-07-337-LRS

ORDER OF DISMISSAL

Based upon the Stipulation for Order of Dismissal of the parties filed with the Court, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-entitled action be and the same hereby is dismissed with prejudice and without costs or fees to any party. The Clerk of the Court is directed to close this file.

DONE IN OPEN COURT this __2nd__ day of __May__, 2008.

                                      s/Lonny R. Suko
                                      U.S. DISTRICT COURT JUDGE

ORDER OF DISMISSAL - 1

00384850.DOC

EISENHOWER
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
Tel: 253.572.4500
EISENHOWER & CARLSON, PLLC

1 | Presented by:
2 | EISENHOWER & CARLSON, PLLC
3 |
4 | By: /s/ Alex Kl
  | Alexander S. Kleinberg, WSBA #34449
5 | Attorneys for Defendants
6 |
  | Approved as to content and form;
7 | Notice of presentation waived:
8 | /s/ TWD
9 |
  | TIMOTHY W. DURKOP, WSBA #22985
10 | Attorney for Plaintiff

ORDER OF DISMISSAL - 2

00384850.DOC

EISENHOWER
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
Tel: 253.572.4500
EISENHOWER & CARLSON, PLLC